IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BRANDON, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-4852 |
| v. | : | |
| GEORGE W. HILL CORRECTIONAL FACILITY (AKA) THE GEO GROUP, MEDICAL SERVICES DEPT., WARDEN AS OF 7-26-18, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 18th day of December, 2018, after considering the application for leave to proceed *in forma pauperis*, prisoner trust fund account statement, and complaint filed by the *pro se* plaintiff, David Brandon ("Brandon") (Doc. Nos. 1, 4, 5); and for the reasons stated in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. Brandon, #18008211, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information Brandon has provided, the court is not assessing him an initial partial filing fee. In each month when the amount in Brandon's inmate trust fund account exceeds $10.00, the warden or other appropriate official at the George W. Hill Correctional Facility or at any other prison at which Brandon may be incarcerated shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Brandon's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-4852;

3. The complaint (Doc. No. 1) is **DEEMED** filed;

4. The complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for the failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

5. Brandon has leave to file an amended complaint within thirty (30) days of the date of this order if he can state a plausible claim for relief against a proper defendant. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Brandon's claims against each defendant. If Brandon files an amended complaint, the Clerk of Court shall not make service until so ordered by this court;

6. The Clerk of Court is **DIRECTED** to send Brandon a blank copy of this court's current standard form to be used by a prisoner filing a civil rights action bearing the civil action number for this case. Brandon may use this form to prepare his amended complaint; and

7. If Brandon fails to file an amended complaint, the court may dismiss his case for failure to prosecute without further notice.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.